In re RIFKIND. (Supreme Court, Appellate Division, First Department. December 11, 1914.) In the matter of Albert J. Rifkind. No opinion. Referred to Hon. H. A. Gildersleeve, official referee. Settle order on notice.

RINEHART v. DELENNE et al. (Supreme Court, Appellate Division, First Department. November 27, 1914.) Action by John B. G. Rinehart, as receiver, etc., against Louis F. Delenne and others. No opinion. Motion to dismiss appeal granted, with $10 costs, unless appellant comply with terms stated in order. Order filed.

RISLEY, Respondent, v. COSTON, Appellant. (Supreme Court, Appellate Division, Third Department. November 25, 1914.) Action by Edwin E. Risley against Newton E. Coston. No opinion. Order affirmed, with $10 costs and disbursements.

RIVERSIDE CONTRACTING CO. v. CITY OF NEW YORK et al. (No. 6530.) (Supreme Court, Appellate Division, First Department. December 18, 1914.) Appeal from Special Term, New York County. Actions by the Riverside Contracting Company, by Josiah Canter, as receiver (two cases), and by Charles W. Wright, all against the City of New York and another, which actions were consolidated. From a judgment for defendant First National Bank of Bayonne (148 N. Y. Supp. 281), entered after a trial at Special Term, plaintiffs appeal. Affirmed. Allan Lee Smidt, of New York City, for appellant Riverside Contracting Co. El J. Myers, of New York City, for appellants receiver and others. A. R. Watson, of New York City, for respondents.

PER CURIAM. Judgment affirmed, with costs.

LAUGHLIN, J. (dissenting). I dissent as to Riverside Contracting Company, and vote for reversal of the judgment against it, and the granting of a new trial as to it, on the ground that it was error to exclude the evidence to impeach the record of the time at which the plaintiff's notice of lien was filed.

RIX v. ALDRICH. (Supreme Court, Appellate Division, First Department. December 11, 1914.) Action by Frank S. Rix against Spencer Aldrich. No opinion. Motion granted, with $10 costs. Order filed.

RIX v. ALDRICH. (Supreme Court, Appellate Division, First Department. December 11, 1914.) Action by Theresa H. Rix against Spencer Aldrich. No opinion. Motion granted, with $10 costs. Order filed.

ROBERTS, Respondent, v. GROVE STRAW HAT MFG. CO., Appellant. (Supreme Court, Appellate Division, First Department. November 20, 1914.) Action by Robert H. Roberts against the Grove Straw Hat Manufacturing Company. A. B. A. Bradley, of New York City, for appellant. T. N. Ripsom, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements, with leave to defendant to withdraw demurrers and to answer within 20 days on payment of costs in this court and in the court below. Order filed.

ROGERS, Appellant, v. DOWNING, Respondent. (Supreme Court, Appellate Division, Fourth Department. November 11, 1914.) Action by Margaret Rogers against Thomas J. Downing. No opinion. Motion granted and appeal dismissed, with costs.

RONCA, Respondent, v. WENDELL & EVAN CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 20, 1914.) Action by Fannie Ronca, an infant, etc., against the Wendell & Evan Company.

PER CURIAM. The answering affidavit of appellant fails to comply with the special rule of this court adopted October 4, 1910. The decision of this motion will be withheld for one week. If within three days the appellant pays $10 costs, and submits an affidavit in accordance with such rule, the motion will be considered on its merits. See Schorr v. Weisfeld, 163 App. Div. 899, 147 N. Y. Supp. 477, and Deegan v. Newton, 163 App. Div. 961, 148 N. Y. Supp. 1112. See, also, 150 N. Y. Supp. 1109.

RONCA, Respondent, v. WENDELL & EVAN CO., Appellant. (Supreme Court, Appellate Division. Second Department. November 20, 1914.) Action by Giovanni C. Ronca against the Wendell & Evan Company.

PER CURIAM. The answering affidavit of appellant fails to comply with the special rule of this court adopted October 4, 1910. The decision of this motion will be withheld for one week. If within three days the appellant pays $10 costs, and submits an affidavit in accordance with such rule, the motion will be considered on its merits. See Schorr v. Weisfeld, 163 App. Div. 899, 147 N. Y. Supp. 477, and Deegan v. Newton, 163 App. Div. 961, 148 N. Y. Supp. 1112. See, also, 150 N. Y. Supp. 1109.

RONCA, Respondent, v. WENDELL & EVAN CO., Appellant. (Supreme Court, Appellate Division. Second Department. November 27, 1914.) Action by Fannie Ronca, an infant, etc., against the Wendell & Evan Company. No opinion. Motion to dismiss appeal denied, on condition that appellant place the case on the December calendar and be ready for argument when reached; otherwise, motion granted, with costs. See, also, 150 N. Y. Supp. 1109.

RONCA, Respondent, v. WENDELL & EVAN CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 27, 1914.) Action by Giovanni C. Ronca against the Wendell & Evan Company. No opinion. Motion to dismiss appeal denied, on condition that appellant place the case on the

December calendar and be ready for argument when reached; otherwise, motion granted, with costs. See, also, 150 N. Y. Supp. 1109.

ROOME, Appellant, v. CONEY ISLAND & B. R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. November 13, 1914.) Action by William J. Roome, Jr., against the Coney Island & Brooklyn Railroad Company.

PER CURIAM. In view of the condition of the weather, it cannot be decided that plaintiff was negligent per se in failing to discover the car. But if plaintiff failed to see a car in plain view for over 100 feet, except as the storm intervened, by what rule of law may the defendant, having within the block the paramount right to the track, be deemed negligent for colliding with plaintiff in the middle of the track, where it uncontradictedly appears that the car was run at moderate or slow speed, and the bell sounded before the accident? For the reason that negligence on the part of the defendant is not shown, the judgment is unanimously affirmed, with costs.

ROOT v. BRAINARD (two cases). (Supreme Court, Appellate Division, First Department. December 24, 1914.) Actions by Perle W. Root against John M. Brainard. No opinion. Motions denied, with $10 costs. Order filed.

ROOT, Appellant, v. FISK et al., Respondents. (Supreme Court, Appellate Division, First Department. December 11, 1914.) Action by W. Russell Root against Wilbur C. Fisk and others. J. T. Hettrick, of New York City, for appellant. T. D. Thacher, of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

ROSE et al., Respondents, v. ADLER, Appellant. (Supreme Court, Appellate Division, Second Department. November 20, 1914.) Action by Aaron Rose and another against Fannie Adler. No opinion. Judgment (147 N. Y. Supp. 307) affirmed, with costs. See Turner v. Howard, 10 App. Div. 555, 42 N. Y. Supp. 355, as to the legal effect of the recitals as to consideration in the deed of Ludlow to Timoney.

ROSENKRANTZ v. GREENHUT SIEGEL COOPER CO. (Supreme Court, Appellate Division, First Department. December 31, 1914.) Action by Morris Rosenkrantz against the Greenhut Siegel Cooper Company. No opinion. Motion denied, with $10 costs. Order filed. See, also, 150 N. Y. Supp. 1110.

ROSENKRANTZ v. GREENHUT SIEGEL COOPER CO. (Supreme Court, Appellate Division, First Department. December 31, 1914.) Action by Morris Rosenkrantz against the Greenhut Siegel Cooper Company. No opinion. Application denied, with $10 costs. Order signed. See, also, 150 N. Y. Supp. 1110.

ROSENSTEIN, Appellant, v. McCUTCHEON, Respondent. (Supreme Court, Appellate Division, Second Department. December 18, 1914.) Action by Meyer Rosenstein against James McCutcheon. No opinion. Motion to modify the order of May 29, 1914, denied, and motion for reargument (of 163 App. Div. 922, 148 N. Y. Supp. 1141) denied, without costs.

ROSENTHAL, Respondent, v. RACHLIN, Appellant. (Supreme Court, Appellate Division, Second Department. December 18, 1914.) Action by Louis C. Rosenthal, as administrator, etc., of Henry Rosenthal, deceased, against Rose Rachlin. No opinion. Judgment and order of the County Court of Kings County affirmed, with costs.

RUPP v. STEINER et al. (Supreme Court, Appellate Division, First Department. November 27, 1914.) Action by William Rupp against Henry Steiner and others. No opinion. Motion denied, with $10 costs. Order filed. See, also, 149 N. Y. Supp. 1108.

RUPP v. STEINER et al. (Supreme Court. Appellate Division, First Department. November 27, 1914.) Action by Jacob Rupp, an infant, against Henry Steiner and others. No opinion. Motion denied, with $10 costs. Order filed. See, also, 149 N. Y. Supp. 1109.

RYAN, Respondent, v. CLARK, Appellant. (No. 6692.) (Supreme Court, Appellate Division, First Department. December 24, 1914.) Appeal from Special Term, New York County. Action by Robert S. Ryan against Mary C. C. Clark, individually and as administratrix. From an order denying defendant's motion to compel a reply, and granting plaintiff's motion for leave to serve an amended complaint, defendant appeals. Affirmed. Gustav Gunkel, of New York City, for appellant. Warren Leslie, of New York City, for respondent.

PER CURIAM. The order allowing the plaintiff to serve an amended complaint is affirmed, with $10 costs and disbursements, without prejudice to a motion by the defendant to compel the plaintiff to reply, if he shall be so advised, after he has served an answer to the amended complaint.

SAEGER, Appellant, v. LEHIGH VALLEY R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. November 25, 1914.) Action by Estella M. Saeger, as administratrix, etc., against the Lehigh Valley Railroad Company. No opinion. Motion for leave to appeal (from 149 N. Y. Supp. 1109) to the Court of Appeals denied, with $10 costs.

SALOMON et al., Appellants, v. SCHOYER, Respondent. (Supreme Court, Appellate Division, First Department. December 24, 1914.) Action by Siegfried Salomon and others against Herman Schoyer. R. D. Whiting, of New York City, for appellant. E. J. Blair, of New York